## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

-------------------------------------------------------------- x

TANISIA BOWMAN, on behalf of herself and
all others similarly situated,

             Plaintiffs,

         v.

Alexandria Fragrances, Inc.,

        Defendant.

-------------------------------------------------------------- x

Case no. 1:25-cv-9684

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    **PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: March 6, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ Alison Chan**
By: Alison Chan, Esq.
68-29 Main Street,
Flushing, NY 11367
O: (844) 731-3343
C: (929) 442-2154
Email: achan@ealg.law